|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |
| 6 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0574 MHP |
| Plaintiff, | ) ) | [proposed] ORDER APPROVING STIPULATION UNDER FEDERAL |
| v. | ) ) | RULE OF CRIMINAL PROCEDURE 6(E)(i) PERMITTING |
| ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO, | ) ) ) | GOVERNMENT'S DISCLOSURE OF CERTAIN GRAND JURY TRANSCRIPTS, SUBJECT TO |
| Defendants. | ) ) | PROTECTIVE ORDER |

The Court approves the Government's motion under Federal Rule of Criminal Procedure 6(E)(i) requesting disclosure to defendant's counsel of two transcripts of grand jury witnesses who testified in this matter. Defendants have stipulated to the motion. The Court finds that the request is made "in connection with a judicial proceeding" under Fed. R. Crim. P. 6(E)(i).

In addition, as stipulated by the parties, the Court orders that these two grand jury transcripts be restricted to ***defendant's counsel only: Brendan Conroy (counsel for Angelica Sagote); Rita Bosworth (counsel for Sefo Sagote); Juliana Drous (counsel for Elisara Taito); and Miranda Kane (counsel for Donnisha Harrell)***. The transcripts may not be shown, copied, or distributed to any defendant or any other person, until further order of the Court. Finally, the Government may redact the names, addresses, and other personal identifying information about the witnesses from the face of the transcripts.

Date: ___9/12_____, 2008

**Hon. Marilyn Hall Patel**
**U.S. District Court**

IT IS SO ORDERED

Judge Marilyn H. Patel

PROPOSED ORDER
CR 08-0574 MHP