UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0574 MHP |
| Plaintiff, | [proposed] **PROTECTIVE ORDER** |
| v. | |
| ANGELICA SAGOTE, SEFO SAGOTE, ELISARA TAITO, and DONNISHA HARRELL, | |
| Defendants. | |

The Court hereby approves the Stipulated Protective Order proposed by the Government, with the stipulation of defendant SEFO SAGOTE, permitting the Government to restrict its disclosure of certain records of SEFO SAGOTE's prior criminal record under Fed. R. Crim. P. 16(a)(1)(D). For good cause shown, the Government may restrict its disclosure of SEFO SAGOTE's prior police reports to *defendant's counsel only*, and the reports may not be shown, copied, or distributed to any defendant or any other person, until further order of the Court.

Date: __October 22__, 2008

Hon. Marilyn H. Patel
U.S. District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

PROTECTIVE ORDER
CR 08-0574 MHP