UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANGELICA SAGOTE, SEFO SAGOTE, ELISARA TAITO, and DONNISHA HARRELL,<br><br>   Defendants. | No. CR 08-0574 MHP<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The Court enters this Order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, for defendants ANGELICA SAGOTE, SEFO SAGOTE, ELISARA TAITO, and DONNISHA HARRELL, from *September 15, 2008, to December 1, 2008.*

*A.   Summary of Charging Dates*

Defendants ANGELICA SAGOTE, SEFO SAGOTE, ELISARA TAITO, and DONNISHA HARRELL were initially charged by Complaint on August 8, 2008. Defendants ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO were then charged by Indictment and arraigned on August 27, 2008. On September 16, 2008, the Grand Jury returned a Superseding Indictment charging ANGELICA SAGOTE, SEFO SAGOTE, ELISARA TAITO, and DONNISHA HARRELL.

*B.   Time Excluded by District Court*

On September 15, 2008, ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO appeared before United States District Court Judge Marilyn Hall Patel. At the hearing, the parties consented to an exclusion of time from September 15 to September 29, 2008, and the Court ordered time excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) on the basis that denying the request would deny counsel for the defense the reasonable time

PROPOSED ORDER
CR 08-0574 MHP

necessary for effective preparation, taking into account the exercise of due diligence.  The government proffered that a continuance was necessary for the defendants' review of discovery to be produced by the government.  The Court found that the ends of justice served by the granting of the continuance outweighed the best interests of the public and the defendants in a speedy trial.

On September 19, 2008, defendant HARRELL was arraigned on the Superseding Indictment by United States Magistrate Judge Elizabeth D. Laporte.  Defendant Harrell objected to an exclusion of time under the Speedy Trial Act.  However, at that time, Harrell was joined for trial with codefendants as to whom the time for trial had not run and no motion for severance had been granted.  *See* 18 U.S.C. § 3161(h)(7).

On September 29, 2008, defendants ANGELICA SAGOTE, SEFO SAGOTE, ELISARA TAITO, and DONNISHA HARRELL appeared before United States District Court Judge Marilyn Hall Patel.  At the hearing, ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO were arraigned on the Superseding Indictment.  ANGELICA SAGOTE, SEFO SAGOTE, and ELISARA TAITO consented to an exclusion of time from September 29 to November 17, 2008, and the Court ordered time excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) on the basis that denying the request would deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The government proffered that a continuance was necessary for the defendants' review of discovery to be produced by the government.  The Court found that the ends of justice served by the granting of the continuance outweighed the best interests of the public and the defendants in a speedy trial.  At the hearing, defendant HARRELL objected to an exclusion of time, but the Court found time was excluded as to defendant HARRELL under 18 U.S.C. § 3161(h)(7), in that HARRELL was joined for trial with codefendants as to whom the time for trial had not run and no motion for severance had been granted.

PROPOSED ORDER
CR 08-0574 MHP

On October 31, 2008, defendant HARRELL filed a motion to sever, with supporting declarations from codefendants TAITO and SEFO SAGOTE.  The motion was scheduled to be heard December 1, 2008.  Accordingly, time is excluded from October 31, 2008 to December 1, 2008, for all defendants, under 18 U.S.C. § 3161(h)(1)(F).

*C.*   *Summary*

In summary, the Court ORDERS that time is excluded under the Speedy Trial Act for all defendants from September 15, 2008, to December 1, 2008.  The Court acknowledges that defendant HARRELL has objected to an exclusion from September 19 to October 31, but the Court finds this "reasonable period of delay" is excluded under 18 U.S.C. § 3161(h)(7) in that no motion for severance has been granted.

Date: __12/1_____, 2008       _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Marilyn Hall Patel**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Court Judge**



PROPOSED ORDER
CR 08-0574 MHP