1  BRENDAN CONROY Bar No. 114726
   Attorney at Law
2  255 Kansas St. Ste. 514
   San Francisco CA 94103
3  415-565-9600

4  Attorney for Defendant
   ANGELICA SAGOTE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-0574-MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ADDING MATTER TO CALENDAR FOR STATUS CONFERENCE** |
| v. | |
| ANGELICA SAGOTE, SEFO SAGOTE, ELISARA TAITO and DONNISHA HARRELL, | |
| Defendants. | |

Defendants ANGELICA SAGOTE, SEFO SAGOTE, and DONNISHA HARRELL, and the United States, hereby stipulate that this matter may be added to the calendar on December 15, 2008 at 11:00 p.m. for status conference. Defendant ELISARA TAITO is already calendared for that date for change of plea.

Date_____


/S/_____
BRENDAN CONROY
Attorney for Defendant
ANGELICA SAGOTE

1

1  \_\_/S/_____
   MIRANDA KANE
   Attorney for Defendant
2  DONNISHA HARRELL

3

4  \_\_/S/_____
   RITA BOSWORTH
5  Attorney for Defendant
   SEFO SAGOTE
6

7

   \_/S/_____
8  NAT M. COUSINS
   Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

GOOD CAUSE APPEARING, this matter may be added to calendar for status conference on December 15, 2008 at 11:00 a.m. as to defendants ANGELICA SAGOTE, SEFO SAGOTE and DONNISHA HARRELL.

Date_12/12/2008_____



_____
HON. MARILYN HALL PATEL
U.S. District Court

3