JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7368
Facsimile: (415) 436-7234
E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELICA SAGOTE, SEFO SAGOTE, ELISARA TAITO, and DONNISHA HARRELL,<br><br>Defendants. | No. CR 08-0574 MHP<br><br>**STIPULATED MOTION TO SET BRIEFING SCHEDULE ON MOTIONS IN LIMINE AND TO AMEND DATE FOR PRE-TRIAL FILINGS; and ~~PROPOSED~~ ORDER** |

***Whereas,***

1. Trial in this case is set for March 10, 2009, and the pre-trial conference is set for February 26, 2009.

2. Counsel for Angelica Sagote, Brendan Conroy, is currently in trial in state court and proffers that the trial will not be completed until approximately January 30, 2009.

3. All trial counsel in this case conferred and have agreed to a proposed schedule for motions in limine and pre-trial submissions to the Court.

4. Counsel are aware that the Court requests pre-trial submissions be made ten days before the pre-trial conference.

***The parties jointly move the Court to set deadline for motions in limine and pre-trial filings as follows:***

- Motions in limine: February 9, 2009
- Opposition to motions in limine: February 17, 2009
- Reply in support of motions in limine: February 19, 2009
- Pretrial Submissions as set forth in Judge Patel's "Trial Requirements" Order: February 19, 2009.

Respectfully submitted,

Dated: January 23, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Nat Cousins
Assistant United States Attorney

**AGREED** as of January 23, 2009, by,

/s/ Rita Bosworth
Assistant Federal Public Defender
COUNSEL FOR SEFO SAGOTE

/s/ Brendan Conroy
COUNSEL FOR ANGELICA SAGOTE

/s/ Miranda Kane
COUNSEL FOR DONNISHA HARRELL

* * *

**ORDER**

For good cause shown upon the stipulated motion of the parties, the proposed deadlines for motions in limine and pre-trial filings are approved.

Date: 1/26/2009

Hon. Mar[illegible]
United St[illegible]

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION
CR 08-0574 MHP