```
1  BRENDAN CONROY CSB 114726
   Attorney at Law
2  255 Kansas St. Ste. 340
   San Francisco CA 94103
3  415-565-9600

4  Attorney for Defendant
   ANGELICA SAGOTE
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-0574-MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING** |
| v. | |
| ANGELICA SAGOTE, et al, | |
| Defendant. | |

Defendant ANGELICA SAGOTE and the United States hereby stipulate that the sentencing date in this matter now scheduled for June 15, 2009 at ~~10:00~~ 9:00 a.m. may be continued to July 6, 2009 at ~~10:00~~ 9:00 a.m.

The continuance is requested because counsel for Ms. Sagote will be in trial on June 15, 2009.

Date: May 7, 2009

_/S/_____
BRENDAN CONROY
Attorney for Defendant
ANGELICA SAGOTE

_/S/_____
NATHANAEL M. COUSINS
Assistant United States Attorney

1

1
2
3      GOOD CAUSE APPEARING, the sentencing in this matter that is
                                      9:00
4  currently set for June 15, 2009 at ~~10:00~~ a.m. is continued to July
              9:00
5  6, 2009 at ~~10:00~~ a.m..

   Date   5/11/2009
6
7
   _____
8  HON. MARILYN HALL PATEL
   U.S. District Court
9

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

2